| | | | |
|---|---|---|---|
| Com. v. Oliphant | 1427 EDA 2015 Affirmed | 08/18/2016 | CP–51–CR–0302351– 2005 (Philadelphia) |
| Com. v. Bankoff | 1774 EDA 2015 Affirmed | 08/18/2016 | CP–51–MD–0003713– 2015 (Philadelphia) |
| In the Interest of: J.J. [19] | 2071 EDA 2015 Affirmed | 08/18/2016 | CP–51–JV–0003239– 2014 (Philadelphia) |
| Com. v. McKinley | 2152 EDA 2015 Affirmed | 08/18/2016 | CP–09–CR–0001977– 2014 (Bucks) |
| Com. v. Moody | 2202 EDA 2015 Affirmed | 08/18/2016 | CP–46–CR–0007262– 2013 (Montgomery) |
| Estate of Rupert | 2924 EDA 2015 Affirmed | 08/18/2016 | No. 1513–0131 (Chester) |
| Com. v. Brown | 3110 EDA 2015 Affirmed | 08/18/2016 | CP–15–CR–0000837– 2007 (Chester) |
| Nationstar Mortgage v. Beaver–McKeon | 3432 EDA 2015 Affirmed | 08/18/2016 | CV–2013–05089–RC (Chester) |
| Com. v. Otero | 75 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 08/18/2016 | CP–23–CR–0000159– 2012 (Delaware) |
| Com. v. Otero | 76 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 08/18/2016 | CP–23–CR–0005046– 2013 (Delaware) |
| Com. v. Otero | 77 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 08/18/2016 | CP–23–CR–0005003– 2013 (Delaware) |
| Com. v. Handy | 1 MDA 2016 Affirmed | 08/18/2016 | CP–41–CR–0002025– 2014 (Lycoming) |
| Com. v. Bryan | 1048 WDA 2015 Affirmed | 08/18/2016 | CP–07–CR–0001596– 2010 (Blair) |
| Com. v. Powell | 172 WDA 2016 Affirmed and Remanded | 08/18/2016 | CP–65–CR–0001558– 1989 (Westmoreland) |
| Com. v. Thompson | 160 EDA 2015 Affirmed | 08/19/2016 | CP–51–SA–0003226– 2014 (Philadelphia) |

19. Petition for reargument denied October 14, 2016.